# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Haupt Pharma Wolfratshausen | 2/7/2023 | Wire | $ 22,051.00 |
| | | | | $ 22,051.00 |